AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:12-cr-336-JAD-CWH |
| | ) | |
| HARRISON JOHNSON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse 333 Las Vegas Blvd., South Las Vegas, NV 89101 ELAYNA J. YOUCHAH, U.S. Magistrate Judge | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | February 23, 2023 at 2:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: February 21, 2023

*Judge's signature*

ELYANA J. YOUCHAH, U.S. Magistrate Judge
*Printed name and title*



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 1 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY