# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HARRISON JOHNSON,<br><br>　　　　Defendant. | Case No. 2:12-cr-00336-JAD-CWH<br><br>**ORDER**<br><br>**ECF No. 103** |

　　Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Thursday, March 9, 2023 at 11:00 a.m., be vacated and continued to April 10, 2023, at 2:00 p.m.

　　DATED this 3rd day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE