# FILED
## UNDER
# SEAL

# United States District Court
## for
## the District of Nevada

## PETITION FOR WARRANT
## FOR OFFENDER RELEASED ON BOND

Name of Offender: **Harrison Johnson**

Case Number: **2:12CR00336**

Name of Sentencing Judicial Officer: **Honorable Jennifer A. Dorsey**

Date of Original Sentence: **January 21, 2014**

Original Offense: **Attempted Interference with Commerce by Robbery; Brandishing a Firearm During a Crime of Violence**

Original Sentence: **113 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **June 10, 2022**

Name of Assigned Judicial Officer: **Honorable Jennifer A. Dorsey**

## PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision: Bond

1. **Shall Not Commit Crime** - **The defendant shall not commit another federal state or local crime.**

   On March 7, 2023, Johnson committed the offense of Possession/Received/Transfer Stolen Vehicle. A violation of NRS 205.273.1, a felony.

   Las Vegas Metropolitan Police Department (LVMPD) officers were dispatched to assist with a stolen vehicle report. The victim advised he had parked his 2021 Toyota Rav 4 bearing Nevada plates 203T65 at the RV Park at Circus Circus. The stolen vehicle had tracking through the owner's Toyota app on his phone. The vehicle was determined to be at 3140 Polaris Avenue, Las Vegas, NV 89102. LVMPD officers were dispatched to the

Prob12C
D/NV Form
Rev. June 2014

location where the vehicle was in a parking space outside a business. Johnson was observed sitting in the driver seat of the stolen vehicle. The victim did not know Johnson and did not give him permission to drive the vehicle.

**U.S. Probation Officer Recommendation**:

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **March 8, 2023**

_____
Amberleigh Barajas
Senior United States Probation Officer

Digitally signed by Amberleigh Barajas
Date: 2023.03.08 14:21:55 -08'00'

Approved:

_____
Todd J. Fredlund
Supervisory United States Probation Officer

Digitally signed by Todd Fredlund
Date: 2023.03.08 14:07:24 -08'00'

---

*THE COURT ORDERS*

☐ No Action.

**X** The issuance of a warrant.

☐ The issuance of a summons.

☐ Other.

_____
Signature of Judicial Officer

3/9/2023
_____
Date

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. HARRISON JOHNSON, 2:12CR00336

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
### March 8, 2023

On January 10, 2023, Petition for Warrant for Offender Under Supervision was filed with the court. It was alleged that Johnson violated conditions of his release by using marijuana on multiple occasions, failure to report his change of residence, failure to participate in substance abuse and mental health treatment, failure to take his psychotropic medications, and being terminated from the residential reentry center as a program failure.

On February 21, 2023, an addendum was filed alleging Johnson violated his release conditions by committing a new crime. Specifically, it is alleged that on December 30, 2022, Johnson committed the crimes of Burglary of a Business and Grand Larceny of a Motor Vehicle.

In reference to the alleged criminal conduct on December 30, 2022, officers with the Las Vegas Metropolitan Police (LVMPD), responded to a burglary call located at Tahiti Village, 7200 S. Las Vegas Blvd, Las Vegas, Nevada 89119. The details of the call stated a burglary occurred overnight, while the reporting person was out, and an unknown subject entered a hotel room and took multiple items to include vehicle keys. The reporting person advised that on December 30, 2022, between 1200 hours and 2000 hours, she and her family were out visiting various locations on the Las Vegas Strip and took a shuttle throughout the day. When the family returned to the hotel, a pair of Apple air pods were missing from the room. After not being able to find them, the reporting person went to bed and decided to look for the air pods the next morning.

The next day, the reporting person realized the Hertz rental car keys were missing from the room as well. The family went downstairs to locate the vehicle in the parking lot and realized their black Chrysler Pacifica was missing. Hotel security and LVMPD were notified immediately. The reporting person stated the hotel room was locked, no one had permission to enter the room, and housekeeping was not requested. Hotel security was able to access video surveillance and employee key card access for the day in question. It was determined that employee Harrison Johnson's access key was used to enter the room of the reported burglary.

Video surveillance shows Johnson leaving his shift at 1727 hours, and pacing the parking lot, while continuously hitting the key fob causing the lights of a black Chrysler Pacifica to flash. At 1737 hours, Johnson enters the vehicle and drives off the hotel property heading southbound onto Las Vegas Blvd. Later, LVMPD attempted to interview Johnson regarding the alleged crimes, in which he refused to discuss the matter and requested an attorney be present. The key fob to the Chrysler Pacifica was in Johnson's front pants pocket. Johnson was arrested and lodged at the Clark County Detention Center.

On February 23, 2023, Johnson appeared before United States Magistrate Judge Youchah for his initial appearance. Johnson was released from custody to a third-party custodian, his sister, Lakeda Washington. Johnson's revocation hearing is set for April 10, 2023.

On March 7, 2023, Johnson committed the offense of Possession/Received/Transfer Stolen Vehicle. A violation of NRS 205.273.1, a felony.

Las Vegas Metropolitan Police Department (LVMPD) officers were dispatched to assist with a stolen vehicle report. The victim advised he had parked his 2021 Toyota Rav 4 bearing Nevada plates 203T65 at the RV Park at Circus Circus. The victim last saw his vehicle at 4:30 p.m.

The stolen vehicle had tracking through the owner's Toyota app on his phone. The vehicle was determined to be located at 3140 Polaris Avenue, Las Vegas, NV 89102. LVMPD officers were dispatched to the location where the vehicle was in a parking space outside a business. Johnson was observed sitting in the driver seat of the stolen vehicle. When Johnson was instructed to get out of the vehicle. Johnson then set the alarm off to the vehicle indicating he was in possession of the vehicle key fob. Johnson was detained and read his Miranda Rights. Johnson confirmed that he understood his rights but plead the fifth when asked any questions.

The victim did not know Johnson and did not give him permission to drive the vehicle. The victim advised LVMPD officers that he had put his jacket inside his vehicle earlier in the day. The victim had mistakenly left his key fob in his jacket pocket. LVMPD officers found the key fob inside the vehicle in a cup holder where Johnson's cell phone was plugged into the center console.

Johnson has an extensive criminal history resulting in a Criminal History Category VI. As a Juvenile, Johnson was arrested for such crimes as Take Vehicle Without Owner's Consent, Vandalism, Burglary, and Battery on a Person. As an adult, Johnson has convictions for the following crimes: Take Vehicle Without Owner's Consent, Possession of Credit or Debit Card Without Cardholder's Consent, Attempted Possession of Stolen Vehicle, Attempted Grand Larceny Auto, Possession of Stolen Vehicle, Petit Theft, Obstructing/False Information to a Police Officer, Attempt Escape, Robbery, and Assault with a Deadly Weapon.

In the underlying offense Johnson robbed local business using a firearm. Johnson threatened to shoot the victims if they followed him.

Johnson was afforded the opportunity to engage in supervision and was released pending his revocation hearing. A mere 12 days after his release, Johnson was again engaged in criminal activity. Johnson found a vehicle with the key mistakenly left inside and took advantage of the

RE: Harrison Johnson

Prob12C
D/NV Form
Rev. June 2014

situation. Johnson has once again breached the Court's trust and broke the law as well as victimized innocent people. Johnson has clearly indicated that when afforded the opportunity, he will break laws, and continue to violate his conditions of supervision as well as his bond conditions. Johnson is a danger to the community as he has no intention on attempting to comply with his conditions of supervision and will continue to exploit innocent people and seize any crime of opportunity presented to him. For these reasons, it is respectfully requested that a warrant to revoke Johnson's bond be issued. It is further requested that Johnson be detained pending his final revocation hearing as he is a danger to the community.

Respectfully submitted,

Digitally signed by Amberleigh Barajas
Date: 2023.03.08 14:22:44 -08'00'

Amberleigh Barajas
Senior United States Probation Officer

Approved:

Digitally signed by Todd Fredlund
Date: 2023.03.08 14:07:46 -08'00'

Todd J. Fredlund
Supervisory United States Probation Officer