# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br> v. <br><br> HARRISON JOHNSON, <br><br>    Defendant. | Case No. 2:12-cr-00336-JAD-CWH <br><br> **ORDER** <br><br><br> **ECF No. 112** |

Based on the parties' stipulation, IT IS ORDERED that the revocation hearing currently scheduled for Monday, April 10, 2023 at 2:00 p.m., be vacated and continued to June 5, 2023, at 2:00 p.m.

DATED this 30th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE