# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HARRISON JOHNSON,<br><br>　　　　Defendant. | Case No. 2:12-cr-00336-JAD-CWH<br><br>**ORDER**<br><br><br><br>**ECF No. 123** |

　　IT IS THEREFORE ORDERED that the Self-Surrender date currently scheduled for Monday, June 26, 2023 at 12:00 p.m., be vacated.

　　DATED this 25th day of May, 2023.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Case 2:12-cr-00336-JAD-CWH   Document 124   Filed 05/25/23   Page 2 of 3



U.S. Department of Justice
Federal Bureau of Prisons

*Designation and Sentence Computation Center*

*U.S. Armed Forces Reserve Complex*
*346 Marine Forces Drive*
*Grand Prairie, Texas 75051*

## INDEPENDENT SENTENCE COMPUTATION (PSIN)

**Inmate Name:** **Johnson, Harrison**       **Register Number:** **47253-048**

United States District Court          Case Number(s):
District of Nevada                    **2:12-cr-00336-JAD-CWH**

Date of Imposition: 04-25-2023

Reason for PSIN: Ineffectual Sentence

```
DSCC7 * SENTENCE MONITORING * 05-11-2023
 PAGE 001 OF 001 * NEW INDEPENDENT SENTENCE COMPUTATION - FSA * 15:29:27

 SENTENCE PROCEDURE: 4080 3559 PLRA SENTENCE
 TERM IN EFFECT....: Y: M: 12 D: 1 DCB......: 06-26-2023
 TIE CONVERTED.....: Y: 1 M: D: 1 DOB......:
 D: 367
 PROJ GCT TO AWARD.: 54 ANNUAL AND 0 PRORATED = 54 TOTAL
 DISALLOW / FORFEIT: ANNUAL AND PRORATED
 FINAL GCT AWARDED.: 54 ANNUAL AND 0 PRORATED = 54 TOTAL
 PRORATE GCT FROM..:
 JAIL CREDIT FROM..: 03-15-2016 THRU: 01-20-2017
 FROM..: THRU:
 FROM..: THRU: JC DAYS..: 312
 INOP TIME FROM..: THRU: INOP DAYS:
 GED UNSAT FROM..: THRU:
 FROM..: THRU:
 6 MONTH/ 10% DATE.: / PROJ SRD.: 06-26-2023
 TWO THIRDS DATE...: 04-19-2023 EFT......: 08-19-2023
 DAYS OVERSERVED...: HARDCOPY.: Y
```

**Statutory Release Date:** **06-26-2023**    Term of Supervision: **None**

Type of Release: **GCT REL**

Remarks: The Projected Statutory Release Date (PROJ SRD) displayed on this document pertains to the above listed case(s) only.

Over-served time from 03-15-2016 to 01-20-2017 (312 days) applied to this sentence.

MORGAN FRIDAY    Digitally signed by MORGAN FRIDAY
Date: 2023.05.11 15:31:21 -05'00'

CRYSTAL WILSON    Digitally signed by CRYSTAL WILSON
Date: 2023.05.12 07:59:33 -05'00'